IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK J. HUMBERTSON, JR., | § | |
| | § | No. 599, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1309006247 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 21, 2016
Decided: March 31, 2016

## ORDER

This 31st day of March 2016, it appears to the Court that, on March 2, 2016, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix on or before February 18, 2016 and for his failure to pay the Supreme Court filing fee in this matter. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice